IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEJANDRO FIGUEREDO,

    Plaintiff,

vs.                                                 CASE NO.: 4:04cv271-SPM/AK

JAMES V. CROSBY, et al.,

    Defendants.

_____/

**<u>ORDER</u>**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation dated July 28, 2005 (doc. 18). Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 18) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice for failure to prosecute and

failure to obey a court order.

DONE AND ORDERED this 30th day of September, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge